UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY CHRISTIAN,

    Plaintiff,

v.

    Case No. 1:16-cv-1185

    HONORABLE PAUL L. MALONEY

ROTECH HOLDINGS LTD., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This Court having sent to counsel for plaintiff a notice of impending dismissal for failure to serve, and the Court having received no response;

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED, without prejudice**, as to defendants Collective Solutions Group, LLC, Timothy M. Koller, LMA Asset Management LLC, Glenn T. Lista, and Mohawk Place Development LLC, only.

**IT IS SO ORDERED**.

Dated: January 3, 2017        /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge