UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY CHRISTIAN, )
           Plaintiff, )
) No. 1:16-cv-1185
-v- )
) Honorable Paul L. Maloney
ROTECH HOLDINGS, LTD., et al., )
           Defendants. )
)

## PARTIAL JUDGMENT

The Court has entered default judgment against Defendant Glenn Lista and against Defendant Sean Lista. Against these two defendants, Plaintiff Anthony Christian is awarded at total of $1,000.00 in statutory damages, $683.04 in costs, and $14,160.00 in attorney fees. The Court finds no reason for delaying judgment against these two defendants. *See* Fed. R. Civ. P. 54(b). Therefore, against these two defendants, **JUDGMENT ENTERS.**

This judgment is not a final determination of all pending claims and the action is not terminated.

**IT IS SO ORDERED.**

Date: February 7, 2017             /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge